UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PEARL DICKERSON,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　)　　Case No. 8:16-cv-02613-VMC-TGW
　　　　　　　　　　　　　　　　　　　)
BUDDY'S HOME FURNISHINGS,　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08, the parties state that they have reached a settlement. Pending finalization of the settlement, the parties ask that the Court, pursuant to Local Rule 3.08(b), administratively close the file without prejudice subject to the right of any party to move the Court within sixty (60) days thereafter (or within such other period of time as the Court may specify), on good cause shown, to reopen the case for further proceedings.

Dated:  October 17, 2016　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　/s/ William Peerce Howard　　　　　　
　　　　　　　　　　　　　　　　　　　　　William Peerce Howard, FBN 103330
　　　　　　　　　　　　　　　　　　　　　Amanda J. Allen, FBN 98228
　　　　　　　　　　　　　　　　　　　　　The Consumer Protection Firm, PLLC
　　　　　　　　　　　　　　　　　　　　　210-A S. MacDill Avenue
　　　　　　　　　　　　　　　　　　　　　Tampa, FL 33609
　　　　　　　　　　　　　　　　　　　　　Tel: (813) 500-1500
　　　　　　　　　　　　　　　　　　　　　Billy@TheConsumerProtectionFirm.com
　　　　　　　　　　　　　　　　　　　　　Amanda@TheConsumerProtectionFirm.com
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

    /s/ Kevin D. Fowler
Kevin D. Fowler, FL Bar No. 091110
kfowler@foley.com
Foley & Lardner LLP
111 North Orange Avenue, Suite 1800
Orlando, FL 32801-2386
Tel.: 407.423.7656
Fax: 407.648.1743
Nicholas E. Williams, FL Bar No. 106801
nwilliams@foley.com
Foley & Lardner LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602-5810
Tel.: 813.229.2300
Fax: 813.221.4210
*Attorneys for Defendant, Buddy's Home Furnishings*